




**FOOD**

# Murder Inside the Good Stuff Diner on West 14th Street — Updated, With Video

*by* ROBERT SIETSEMA

OCTOBER 24, 2010

  






*The scene outside the diner at 9 a.m. on Saturday as CSI investigators comb the interior of the restaurant and a cop stands guard.*







Corey Scott, a/k/a Young Classik

**Sunday morning update**: Police have identified the victim as Corey Scott, 28, of Flatbush, Brooklyn. He was shot two times in the head and three times in the back, and apparently died immediately, the *Daily News* reports. According to surveillance camera evidence, he was part of a group that entered the diner, thronged with patrons returning from nearby discos, and walked to the back to confront another group that was already seated. Scott had a rap sheet that included fatally beating a Cambodian immigrant in 2004.



Scott was apparently nearly murdered once before, in 2007, when he was hit over the head with a glass bottle and stabbed in the chest at the Fusion Club on West 28th Street. He was on parole after a three-year stretch in prison when he was shot. Scott had posted videos as Young Classik boasting of his wealth and power. Of the death, Knicks player Wilson Chandler tweeted, "RIP Classik."



Police believe the shooting was a result of an altercation in the diner among a group of patrons that had been seated for a while. The shooting was reported by a clerk at the next-door 7-Eleven who dialed 911 when he heard the shots. A female witness has apparently come forth after the police combed the neighborhood in the early morning hours.

The man, believed to be in his mid-40s, has not yet been identified, and his body hasn't been removed from the building, according to the cop outside, who provided no further details.

Located at 109 West 14th Street, between Sixth and Seventh avenues, Good Stuff offers typical diner fare in a slightly upscale, over-designed space. It's open 24 hours, making it a magnet for denizens of the night.

And here's a video showing the body being put into the ambulance (watch carefully!) that just went up on YouTube:

MORE:    BREAKING NEWS    CRIME

Start Download Now - Printable Manual (Free)
Download Here manualslibrary.org
OPEN

——— THE LATEST ———